IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL ORR,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. CV415-300
          CR413-064

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion. As a result, Petitioner's Motion to Amend (Doc. 8) is **DISMISSED AS MOOT**. This case remains closed.

SO ORDERED this **30th** day of December 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA